IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01249-MSK-CBS

DAVID MICHAEL CANADAY,

       Plaintiff,

v.

HONORABLE DOCTOR CONDOLEZZA RICE, Secretary of State,
HONORABLE JO ANN B. BURNHART, Commissioner of Social Security, and
HONORABLE MARVA LIVINGSTON HAMMONS, Executive Director
   Colorado Department of Human Services,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 30th day of June, 2006

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*

                                           Marcia S. Krieger
                                           United States District Judge

Dockets.Justia.com