IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01249-MSK-CBS

DAVID MICHAEL CANADAY,

      Plaintiff,

v.

HONORABLE DOCTOR CONDOLEZZA RICE, Secretary of State,
HONORABLE JO ANN B. BURNHART, Commissioner of Social Security, and
HONORABLE MARVA LIVINGSTON HAMMONS, Executive Director
  Colorado Department of Human Services,

      Defendants.

## ORDER DISCHARING SHOW CAUSE ORDER

THIS MATTER comes before the Court on an Order to Show Cause **(#6)** pertaining to documents conventionally filed in two binders with the Complaint.  The Order directs the Plaintiff to either (1) electronically file the documents contained in the binder, or (2) show cause why the paper documents should be retained as part of the court record.

The Plaintiff responds that the binders contain his only copy of Exhibit 1 and asks that he be allowed to retrieve the documents so that he may scan them into PDF format.  He also asks that he be given until August 18, 2006 to complete this task.

The binders are presently in two locations.  One is in the Clerk's Office, and the other is in chambers.  The Plaintiff may retrieve both binders for purposes of converting the documents into PDF format for electronic filing.  Once he does so, he shall not return the binders to the Court.  Any binders which the Plaintiff does not retrieve may be discarded.

**IT IS THEREFORE ORDERED** that:

(1)   The Order to Show Cause **(#6)** is **DISCHARGED**.

(2)   On or before **August 11, 2006**, the Plaintiff may retrieve both binders which he filed with the Court.  Any unretrieved binders may be discarded.

(3)   The Plaintiff shall have until **August 18, 2006**, to electronically file the documents contained in the binders in PDF format using the ECF system.

Dated this 2nd day of August, 2006

          **BY THE COURT:**

          *Marcia S. Krieger*

          Marcia S. Krieger
          United States District Judge